MINUTE ENTRY
WILKINSON, M. J.
SEPTEMBER 12, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER ALBRECHT | CIVIL ACTION |
| VERSUS | NO. 18-3062 |
| IMPERIAL FIRE & CASUALTY INSURANCE COMPANY | SECTION "E" (2) |

## HEARING AND ORDER ON MOTION

APPEARANCES:  Phillip Sanov and John Carter, representing plaintiff; Keith Detweiler and Joseph Aguda, representing defendant

MOTION:  Defendant's Motion for Protective Order, Record Doc. No. 20

O R D E R E D:

__XXX__ : DISMISSED WITHOUT PREJUDICE. The court generally outlined the parameters within which plaintiff might conduct a reasonable Rule 30(b)(6) deposition of defendant with accompanying Rule 34 requests for production. Counsel demonstrated at oral argument their willingness and potential ability to confer in good faith to craft an agreement on a reasonable deposition notice and set of requests, or at least to narrow the dispute to a more manageable controversy. Accordingly, the instant motion is DISMISSED WITHOUT PREJUDICE, reserving either party's right to file a more narrowly focused motion.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 45